USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D'ARRIGO BROS CO. of NEW YORK, INC.,

Plaintiff,

v.

JHJW INC., GARY GROSSMAN INC., JOSEPH STARKS and GARY GROSSMAN,

Defendants.

No. 19-CV-10540 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that Plaintiff shall notify the Court within five (5) days of effecting service on all Defendants. Plaintiff shall also file affidavits on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: November 19, 2019
New York, New York

Ronnie Abrams
United States District Judge