# KREINCES & ROSENBERG, P.C.
*Attorneys At Law*

Leonard Kreinces

Howard S. Rosenberg
Admitted to Practice NY & CT

Donna Murphy
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/20

January 2, 2019

**VIA ECF**

**MEMO ENDORSED**

Hon. Ronnie Abrams
U.S. District Judge
U.S. District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

    Re:    D'Arrigo Bros. Co. of New York, Inc. v. JHJW Inc. and Joseph Starks
           Case No.: 19cv10540(RA)

Dear Judge Abrams:

We are the attorneys for the plaintiff in the above-entitled action.

I have been talking with the individual defendant, Joseph Starks, for the past two weeks concerning resolution of this matter. He was served with the summons and complaint in November and the Secretary of State served the corporation. The affidavits of service were filed with the Court.

It appears that he did not receive copies of the Court's temporary restraining order and the supporting documents. I had sent them by Federal Express to an address in Long Island City and did not receive word from Federal Express that Mr. Starks was not there. It appears Mr. Starks is not there and has not resided at that address or done business at that address for several years. He has given me his new address as 134 Lincoln Avenue, Purchase, New York 10577. I am sending him the enclosed letter with enclosures, via Federal Express.

In view of the fact that it is possible we will resolve this matter, I ask the Court to adjourn it for one week to January 13, 2020 in the late morning in the hope of having the case settled by that time.

Hon. Ronnie Abrams
January 2, 2020
Page Two

      After dictating this letter, I spoke with Jonathan Bodner, Esq. who has been retained by the defendants and he consents to this application. He is filing a notice of appearance.

      The courtesy and cooperation of Chambers is appreciated.

Respectfully yours,

LEONARD KREINCES

LK/dm
Enc.
cc: Mr. Jospeh Starks (via FedEx)
cc: Jonathan Bodner, Esq. (via email)

Z:\kreinces1\WORK\HUNTSPOINT\D'Arrigo Bros\v. JHJW, Inc\abrams.ltr-01.02.20.wpd

---

The order to show cause hearing scheduled for January 6, 2020 is hereby adjourned to January 13, 2020 at 11:30 a.m. No later than January 9, 2020, the parties shall jointly file a letter updating the Court as to the status of the case and whether they seek to proceed with the order to show cause hearing.

SO ORDERED.

Hon. Ronnie Abrams
1/2/2020