USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

    Plaintiff,

-against-

JHJW, INC., GARY GROSSMAN, INC., JOSEPH STARKS and GARY GROSSMAN,

    Defendants.

Case No.: 19-CV-10540-RA

**JUDGMENT**

---

The plaintiff, D'ARRIGO BROS. CO. OF NEW YORK, INC., having filed and served its Summons and Complaint, demanding judgment against the defendants as appears more fully by the said pleadings and prayer for relief therein, and the plaintiff and the defendants, JHJW, INC. and JOSEPH STARKS, having agreed upon a basis for the entry of a judgment in this action, and the defendants, JHJW, INC. and JOSEPH STARKS, having consented to the entry of judgment against them as set forth in a stipulation and order providing for the entry of judgment, and this action having been previously discontinued by the plaintiff as and against the defendants, GARY GROSSMAN, INC. and GARY GROSSMAN, and due deliberation having been had thereon, now, on motion of counsel for the plaintiff, it is

**ORDERED, ADJUDGED AND DECREED**, that final judgment be entered in favor of plaintiff, D'ARRIGO BROS. CO. OF NEW YORK, INC., against the defendants, JHJW, INC. and JOSEPH STARKS, as set forth herein, and it is further

**ORDERED, ADJUDGED AND DECREED**, that the plaintiff, D'ARRIGO BROS. CO. OF NEW YORK, INC., have judgment against the defendants JHJW, INC. and JOSEPH STARKS, jointly and severally, with a principal place of business located at 4705 Center Boulevard, Apt. 2808,

1

Long Island City, New York 11109 and a principal place of residence located at 134 Lincoln Avenue, Purchase, New York 10577, in the amount of FORTY NINE THOUSAND and 00/00 ($49,000.00) DOLLARS, which sum includes interest, costs and reasonable attorneys' fees incurred in this action.

Dated: January 31, 2020

_____
U.S.D.J

Z:\kreinces\WORK\HUNTSPOINT\D'Arrigo Bros\v JHJW, Inc\consent_judgment.wpd

2